**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **SURJIT MANN** | ) | **Case No. 11-15885-BFK** |
| | ) | **(Chapter 7)** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **ALLEGIANCE REALTY PARTNERS, LLC,** | ) | |
| | ) | |
| **Creditor.** | ) | |
| | ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance on behalf of Allegiance Realty Partners, LLC, creditors, and pursuant to Bankruptcy Code § 342(a), as well as Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010(b), and the Local Rules of this Court.  The undersigned requests that all notices given or required to be given in this case and all papers served or required to be served in this case be served upon:

> Arianna Gleckel, Esquire
> BEAN, KINNEY & KORMAN, P.C.
> 2300 Wilson Blvd., 7th Floor
> Arlington, Virginia 22201
> (703) 525-4000
> (703) 525-2207 (Fax)
> agleckel@beankinney.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code provisions and Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request,

complaint or demand, whether transmitted or conveyed by mail (electronic or otherwise), delivery, telephone, telegraph, telecopy or otherwise, which may in any way affect or seek to affect any right or interest of Allegiance Realty Partners, LLC.

/s/ Arianna S. Gleckel_____
Arianna S. Gleckel, Esq. (VSB No. 74914)
BEAN, KINNEY & KORMAN, P.C.
2300 Wilson Blvd., 7th Floor
Arlington, Virginia 22201
(703) 525-4000
(703) 525-2207 (Fax)
agleckel@beankinney.com
*Counsel for Allegiance Realty Partners, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 3, 2011, a copy of the foregoing Entry of Appearance and Request for Service of Papers is to be served by electronic means via the Court's ECF/CM system and mailed to:

| | |
|---|---|
| Gregory H. Counts | H. Jason Gold |
| Tyler, Bartl, Ramsdell & Counts, PLC | Wiley Rein LLP |
| 300 North Washington Street, Suite 202 | 7925 Jones Branch Drive, Suite 6200 |
| Alexandria, VA 22314 | McLean, VA 22102 |
| *Counsel for Debtors* | *Trustee* |
| | |
| Judy Mann | Surjit Mann |
| 5829 Pin Oak Commons Ct | 5829 Pin Oak Commons Ct |
| Burke, VA 22015 | Burke, VA 22015 |
| *Joint Debtor* | *Debtor* |

                                                  /s/    Arianna S. Gleckel
                                                    Arianna S. Gleckel